KATHLEEN A LEAVITT  
CHAPTER 13 STANDING TRUSTEE  
201 LAS VEGAS BLVD SOUTH  
SUITE 200  
LAS VEGAS, NV  89101  
(702)853-0700  
kal13mail@las13.com

e-filed on 11/18/2016

# UNITED STATES BANKRUPTCY COURT
## DISTRICT OF NEVADA

IN RE:  
RICHARD T PAGE  
12029 CIELLO AMBER LN  
LAS VEGAS, NV  89138

CHAPTER 13  
CASE NO: BKS-11-20577-LED

## CHAPTER 13 FINAL ACCOUNT AND REPORT - COMPLETED (BAPCPA)

Pursuant to Fed. R. Bankr P. 5009, Kathleen A. Leavitt, Chapter 13 Bankruptcy Trustee, certifies that, based on their records the Debtor's Chapter 13 bankruptcy estate has been fully administered and/or the Debtor has completed all payments under the plan.  Accordingly, the Trustee hereby submits the following Final Account and Report of the Administration of the estate pursuant to 11 USC Sec. 1302 (b)(1).

Any objection to the Trustee's Final Account and Report must be written, state the grounds of objection, and be filed no later than 12/23/16, with the Clerk, United States Bankruptcy Court, Foley Federal Building, 300 Las Vegas Boulevard South, 3rd Floor,Las Vegas, NV 89101, with a copy served upon Kathleen A. Leavitt, Chapter 13 Bankruptcy Trustee, 201 Las Vegas Blvd South, Suite 200, Las Vegas, NV 89101.  In the absence of a timely filed Objection, the Bankruptcy Court may, if appropriate,  issue the debtor(s) a Discharge.  In the event an objection is timely filed, the objecting party shall serve a copy of the objection upon the Trustee at the above address pursuant to Local Bankruptcy Rule 9014.

| Case Filed Date: | Date Plan Confirmed: | Date Case Closed: |
|---|---|---|
| 07/01/2011 | 02/23/2012 | 10/28/2016 |

Total funds received and disbursed pursuant to the plan: 33,033.31          Detail of Disbursements below:

| CREDITOR NAME | CLERK'S CLAIM # | TRUSTEE'S CLAIM NO. | CLASS OF CLAIM | ALLOWED CLAIM AMOUNT | PRINCIPAL PAID | INTEREST PAID |
|---|---|---|---|---|---|---|
| ALLY FINANCIAL (F/K/A GMAC) | 1 | 00002 | VEHICLE STAY LIFTED | 395.52 | 395.52 | 71.54 |
| CANDICA LLC | 9 | 00004 | UNSECURED | 488.27 | 488.27 | 0.00 |
| COMMUNITY ONE FCU |  | 00005 | UNSECURED | 0.00 | 0.00 | 0.00 |
| LVNV FUNDING LLC | 10 | 00006 | UNSECURED | 353.53 | 353.53 | 0.00 |
| ELAINE L CHANG TRUST |  | 00007 | UNSECURED | 0.00 | 0.00 | 0.00 |

PAGE, RICHARD                                                         CASE NO: BKS-11-20577-LED

| CREDITOR NAME | CLERK'S CLAIM # | TRUSTEE'S CLAIM NO. | CLASS OF CLAIM | ALLOWED CLAIM AMOUNT | PRINCIPAL PAID | INTEREST PAID |
|---|---|---|---|---|---|---|
| FIRST DATA MERCHANTS SVC | | 00008 | UNSECURED | 0.00 | 0.00 | 0.00 |
| PREMIER BANKCARD/CHARTER | 7 | 00010 | UNSECURED | 472.96 | 472.96 | 0.00 |
| HSBC BANK | | 00011 | UNSECURED | 0.00 | 0.00 | 0.00 |
| IRS BANKRUPTCY DEPT | | 00012 | IRS PRTY | 0.00 | 0.00 | 0.00 |
| IRS LV | | 00013 | UNSECURED BY MATRIX | 0.00 | 0.00 | 0.00 |
| MERCHANT CAPITAL SOURCE | 8 | 00014 | UNSECURED | 6,933.00 | 6,933.00 | 0.00 |
| MERRICK BANK | 5 | 00016 | UNSECURED | 954.57 | 954.57 | 0.00 |
| NEVADA DEPARTMENT OF TAXATION | 6-2 | 00017 | PRIORITY | 10,781.43 | 10,781.43 | 0.00 |
| PERFORMANCE FOOD GROUP | 3 | 00018 | UNSECURED | 5,828.02 | 5,828.02 | 0.00 |
| Sentry Recovery & Coll | 4 | 00019 | UNSECURED | 133.92 | 133.92 | 0.00 |
| SILVER STATE SCHOOLS CREDIT UNION | 2 | 00020 | UNSECURED | 500.00 | 500.00 | 0.00 |
| US SMALL BUSINESS ADMINISTRATION | | 00021 | SECURED-OTHER | 0.00 | 0.00 | 0.00 |
| HSBC BANK | | 00024 | UNSECURED | 0.00 | 0.00 | 0.00 |
| ALLY FINANCIAL (F/K/A GMAC) | 1 | 00026 | VEHICLE STAY LIFTED | 22,783.63 | 0.00 | 0.00 |
| NEVADA DEPARTMENT OF TAXATION | 6-2 | 00027 | UNSECURED | 893.36 | 893.36 | 0.00 |
| A FRESH START | | 00000 | Administrative | $2,976.00 | $2,976.00 | |

The debtor(s) attorney, A FRESH START, was allowed $4,200.00 of which $1,224.00 was paid directly by the debtor(s) and $2,976.00 was paid from the plan.  The filing fee has been paid to the clerk directly by the debtor/debtor's Attorney.

**Disbursement Summary:**

| | |
|---|---|
| Trustee Fees Pursuant to 11 USC 1326 (b) | $2,251.19 |
| 11 USC 503(b) Administrative Expenses | $0.00 |
| Sanctions/Additional Expenses | $0.00 |
| Attorney's Fees | $2,976.00 |
| Previous Attorney Fees | $0.00 |
| Priority | 10,781.43 |
| Secured | 467.06 |
| Unsecured | 16,557.63 |
| Refund to the Debtor and/or Chapter 7 Trustee | $0.00 |

                    Total $33,033.31

**PAGE, RICHARD**                                                CASE NO: BKS-11-20577-LED

Dated: 11/18/16                                                  Submitted by:

                                                                 /s/ Kathleen A. Leavitt
                                                                 KATHLEEN A. LEAVITT
                                                                 Chapter 13 Standing Trustee

```
KATHLEEN A LEAVITT
CHAPTER 13 STANDING TRUSTEE
201 Las Vegas Blvd South
Suite 200
Las Vegas, NV  89101
(702)853-0700
```

## UNITED STATES BANKRUPTCY COURT
## DISTRICT OF NEVADA

| | |
|---|---|
| IN RE:<br>RICHARD T PAGE<br><br>Debtor (s) | CASE NO: BKS-11-20577-LED<br>Chapter 13 |

# CERTIFICATE OF SERVICE

1. On November 18, 2016, I served the following document(s):

   **CHAPTER 13 FINAL ACCOUNT AND REPORT - COMPLETED (BAPCPA)**

2. I served the above- named document(s) by the following means to the persons as listed below:

   **United States mail, postage fully prepaid**

| | | |
|---|---|---|
| UNITED STATES BANKRUPTCY COURT<br>300 LAS VEGAS BLVD., SOUTH<br>LAS VEGAS, NV  89101 | ALLY FINANCIAL<br>200 RENAISSANCE CTR<br>DETROIT, MI  48243 | BANK OF AMERICA<br>PO BOX 45144<br>JACKSONVILLE, FL  32232-9923 |
| CAPITAL ONE, N.A.<br>CAPITAL ONE BANK (USA) N.A.<br>PO BOX 30285<br>SALT LAKE CITY, UT  84130 | COMMUNITY ONE FCU<br>3100 W SAHARA<br>LAS VEGAS, NV  89102 | CREDIT ONE BANK<br>PO BOX 98875<br>LAS VEGAS, NV  89193 |
| ELAINE L CHANG TRUST<br>1820 E WARM SPRINGS RD STE 120<br>LAS VEGAS, NV  89119 | FIRST DATA<br>1307 WALT WHITMAN RD<br>MELVILLE, NY  11747 | FIRST DATA MERCHANT SERVICES<br>3975 NW 120TH AVE MS B-30<br>POMPANO BEACH, FL  33065 |
| FIRST PREMIER BANK<br>3820 N LOUISE AVE<br>SIOUX FALLS, SD  57107 | HSBC BANK<br>ATTN: BANKRUPTCY<br>PO BOX 5213<br>CAROL STREAM, IL  60197 | IRS BANKRUPTCY DEPT<br>PO BOX 7346<br>PHILADELPHIA, PA  19101-7346 |
| IRS LV<br>STOP 5028<br>110 CITY PARKWAY<br>LAS VEGAS, NV  89106 | LAW OFFICE OF BRIAN SCHECHTER<br>ESQ PLLC<br>243 5TH AVE STE 720<br>NEW YORK, NY  10016 | MERCHANT CAPITAL<br>C/O COLLECTION AT LAW INC<br>3835 E THOUSAND OAKS BLVD STE R-349<br>THOUSAND OAKS, CA  91362 |

| | | |
|---|---|---|
| **PAGE, RICHARD** | | CASE NO: BKS-11-20577-LED |
| MERRICK BK<br>PO BOX 23356<br>PITTSBURG, PA  15222 | NEVADA DEPT OF TAXATION<br>1550 COLLEGE PARKWAY SUITE 115<br>CARSON CITY, NV  89706-7937 | PERFORMANCE FOOD GROUP<br>16639 GALE AVE<br>HACIENDA HEIGHTS, CA  91745 |
| SENTRY RECOVERY & COLL<br>3090 SOUTH DURANGO<br>LAS VEGAS, NV  89117 | SILVER STATE SCHOOLS C<br>4221 MCLEOD<br>LAS VEGAS, NV  89121 | US SMALL BUSINESS<br>ADMINISTRATION<br>801 TOM MARTIN DR SUITE 120<br>ATLANTA, GA  30374-0192 |
| DOROTHY G. BUNCE<br>2037 FRANKLIN AVE<br>LAS VEGAS, NV  89104 | KATHLEEN A. LEAVITT<br>201 LAS VEGAS BLVD., SO. #200<br>LAS VEGAS, NV  89101 | RICHARD T. PAGE<br>12029 CIELLO AMBER LANE<br>LAS VEGAS, NV  89138 |
| ALLY BANK<br>PO BOX 130424<br>ROSEVILLE, MN  55113 | RECOVERY MANAGEMENT SYSTEMS<br>CORPORATION<br>25 S.E. SECOND AVENUE<br>INGRAHAM BUILDING, SUITE 1120<br>MIAMI, FL  33131-1605 | ANGELA A. VELEN, ESQ<br>C/O COLLECTION A LAW<br>3835 EAST THOUSAND OAKS BLVD,<br>SUITE R-34<br>WESTLAKE VILLAGE, CA  91362 |
| ANGELA A. VELEN, ESQ<br>C/O COLLECTION AT LAW<br>3835 EAST THOUSAND OAKS BLVD,<br>SUITE R-34<br>WESTLAKE VILLAGE, CA  91362 | ALLY FINANCIAL<br>200 RENAISSANCE CTR<br>DETROIT MI 48243<br>,  48243 | ALLY FINANCIAL INC. F/K/A GMAC INC.<br>POST OFFICE BOX 130424<br>ROSEVILLE, MN  55113-0004 |
| BANK OF AMERICA<br>PO BOX 45144<br>JACKSONVILLE FL 32232-9923<br>,  32232-9923 | CANDICA, LLC<br>C O WEINSTEIN AND RILEY, PS<br>2001 WESTERN AVENUE, STE 400<br>SEATTLE, WA  98121 | CAPITAL ONE, N.A.<br>CAPITAL ONE BANK (USA) N.A.<br>PO BOX 30285<br>SALT LAKE CITY UT 84130<br>CAPITAL ONE,  84130 |
| COMMUNITY ONE FCU<br>3100 W SAHARA<br>LAS VEGAS NV 89102<br>,  89102 | CREDIT ONE BANK<br>PO BOX 98875<br>LAS VEGAS NV 89193<br>,  89193 | ELAINE L CHANG TRUST<br>1820 E WARM SPRINGS RD STE 120<br>LAS VEGAS NV 89119<br>,  89119 |
| FIRST DATA<br>1307 WALT WHITMAN RD<br>MELVILLE NY 11747<br>,  11747 | FIRST DATA MERCHANT SERVICES<br>3975 NW 120TH AVE MS B-30<br>POMPANO BEACH FL 33065<br>,  33065 | FIRST PREMIER BANK<br>3820 N LOUISE AVE<br>SIOUX FALLS SD 57107<br>,  57107 |
| HSBC BANK<br>ATTN: BANKRUPTCY<br>PO BOX 5213<br>CAROL STREAM IL 60197<br>,  60197 | IRS BANKRUPTCY DEPT<br>PO BOX 7346<br>PHILADELPHIA PA 19101-7346<br>,  19101-7346 | IRS LV<br>STOP 5028<br>110 CITY PARKWAY<br>LAS VEGAS NV 89106<br>,  89106 |
| LVNV FUNDING LLC ITS SUCCESSORS<br>AND ASSIGNS<br>ASSIGNEE OF FNBM LLC<br>RESURGENT CAPITAL SERVICES<br>PO BOX 10587<br>GREENVILLE, SC  29603-0587 | LAW OFFICE OF BRIAN SCHECHTER<br>ESQ PLLC<br>243 5TH AVE STE 720<br>NEW YORK NY 10016<br>,  10016 | MERCHANT CAPITAL<br>C/O COLLECTION AT LAW INC<br>3835 E THOUSAND OAKS BLVD STE<br>R-349<br>THOUSAND OAKS CA 91362<br>,  91362 |

| | | |
|---|---|---|
| **PAGE, RICHARD** | | CASE NO: BKS-11-20577-LED |
| MERRICK BANK<br>C/O RESURGENT CAPITAL SERVICES<br>PO BOX 10368<br>GREENVILLE, SC  29603-0368 | MERRICK BK<br>PO BOX 23356<br>PITTSBURG PA 15222<br>,  15222 | NEVADA DEPARTMENT OF TAXATION<br>ATTN: BANKRUPTCY SECTION<br>555 E WASHINGTON AVE #1300<br>LAS VEGAS, NV  89101 |
| NEVADA DEPT OF TAXATION<br>1550 COLLEGE PARKWAY SUITE 115<br>CARSON CITY NV 89706-7937<br>,  89706-7937 | PERMIER BANKCARD/ CHARTER<br>P.O. BOX 2208<br>VACAVILLE, CA  95696 | PERFORMANCE FOOD GROUP<br>16639 GALE AVE<br>HACIENDA HEIGHTS CA 91745<br>,  91745 |
| RECOVERY MANAGEMENT SYSTEMS<br>CORPORATION<br>25 S.E. 2ND AVENUE, SUITE 1120<br>MIAMI, FL  33131-1605 | SENTRY RECOVERY & COLL<br>3090 SOUTH DURANGO<br>LAS VEGAS NV 89117<br>,  89117 | SILVER STATE SCHOOLS C<br>4221 MCLEOD<br>LAS VEGAS NV 89121<br>,  89121 |
| US SMALL BUSINESS<br>ADMINISTRATION<br>801 TOM MARTIN DR SUITE 120<br>ATLANTA GA 30374-0192<br>,  30374-0192 | | |

**I declare under penalty of perjury that the foregoing is true and correct.**

Signed on: 11/18/2016                    /s/ Esther Carr

Employee of
Kathleen A. Leavitt
Chapter 13 Standing Trustee